

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00195-CR

| | | |
|---|---|---|
| Jason Dearmond | § | From County Criminal Court No. 4 |
| | § | of Denton County (CR-2014-08239-D) |
| v. | § | March 3, 2016 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　　Justice Lee Gabriel